**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHERINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FUBOTV, INC.,<br><br>*Defendant*. | Case No. 1:24-cv-00711 (CM) (RWL) |

**DEFENDANT FUBOTV, INC.'S NOTICE OF**
**MOTION TO COMPEL INDIVIDUAL ARBITRATION**

PLEASE TAKE NOTICE that, based on the accompanying Memorandum of Law, Declaration of Bradley Allen, and Exhibits attached thereto, Defendant fuboTV, Inc. ("Fubo") respectfully moves this Court—before the Honorable Colleen McMahon, United States District Judge, in Courtroom 24A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007—for an order compelling individual arbitration of the claims in the Complaint filed by Plaintiff Catherine Beasley pursuant to binding arbitration agreements and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. Fubo further requests that the Court stay or dismiss these proceedings pending resolution of the individual arbitration. In support of this Motion, Fubo concurrently files a Memorandum of Law setting forth the grounds for this Motion, along with a supporting Declaration and Exhibits.

WHEREFORE, for all the reasons set forth in its accompanying Memorandum of Law, Fubo respectfully requests that this Court grant its Motion to Compel Individual Arbitration and enter an Order staying or dismissing the proceedings pending resolution of the individual arbitration. Fubo further requests any other relief that this Court deems appropriate.

Date: April 8, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Andrew Clubok*
Andrew Clubok
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: andrew.clubok@lw.com

*Counsel for Defendant fuboTV, Inc.*