**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHERINE BEASLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FUBOTV, INC.,<br><br>*Defendant*. | Case No. 1:24-cv-00711 (CM) (RWL) |

**DECLARATION OF BRADLEY ALLEN IN SUPPORT OF DEFENDANT FUBOTV, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION**

I, Bradley Allen, hereby declare and state as follows:

1. I have been employed at fuboTV, Inc. ("Fubo") since March 5, 2018, and my current title is Senior Director, Customer Care. Due to my responsibilities as a Senior Director, Customer Care at Fubo, I am familiar with Fubo's products, website, and smartphone application, including the customer sign-up and registration process, the Terms of Service that Fubo enters into with its customers, and the process by which customers may opt out of the arbitration provision and class waiver in those Terms of Service.

2. I am over the age of eighteen and have knowledge of the facts stated in this declaration based on my personal knowledge, review of relevant and available documents, and discussions with other Fubo employees. I submit this declaration in support of Fubo's Motion to Compel Individual Arbitration. If called upon to testify, I could and would testify consistently herewith.

3. Fubo offers a streaming television service that makes available to customers over the internet live TV and other entertainment to customers in the United States, Canada, and Spain.

Fubo's service is accessible via Fubo's website and smartphone application (the "Fubo app") (collectively, the "Fubo Platform").

4. As a Senior Director, Customer Care for Fubo, I am familiar with the process by which customers register to use the Fubo Platform, and the process discussed herein has been in effect during the time in which Plaintiff has used the Fubo Platform.

5. Before using the Fubo Platform, a customer must register an account with Fubo. To do so, the customer must access Fubo's sign-up page at https://www.fubo.tv/signup. A true and correct copy of that webpage is shown below:




6. A customer must click the "Next" button shown above to begin the registration process. The customer is then directed to a webpage prompting them to "Start your free trial" by entering an email address, password, and home ZIP code. After entering their home ZIP code, the customer must click a "Confirm" button located to the right of the ZIP-code field to verify that their home ZIP code was entered correctly before they can click "Continue" and proceed with the

rest of the registration process. A true and correct copy of the webpage that customers (including Plaintiff) would see when registering to start their free trial is shown below:




7. As shown above, Fubo's effective "Terms of Service" are underlined and hyperlinked in blue font directly above the "Continue" button. If a customer clicks on the "Terms of Service" hyperlink, they are directed to a page with the full terms of the effective Terms of Service. The Terms of Service are also publicly accessible through Fubo's website. The customer must select the "Continue" button affirming that they "agree to the Terms of Service" to proceed with the Fubo registration process. Fubo's Terms of Service provide terms and conditions under which Fubo offers customers access to the Fubo Platform; a customer must agree to the effective Terms of Service during the registration process and as a condition of using the Fubo Platform.

8. In the ordinary course of business, Fubo maintains customer account information, including information showing when and how customers register for and use the Fubo Platform.

As a Senior Director, Customer Care, I have access to this registration and customer information, and I am familiar with this information and the way it is recorded and maintained in the regular course of Fubo's business.

9. Based on my review of Fubo's business records, Plaintiff first registered for a free trial and agreed to Fubo's Terms of Service on December 14, 2023. The Terms of Service to which Plaintiff agreed have been in effect since November 1, 2023, and they remain in effect as of the date of this filing. This account was terminated on January 5, 2024. True and correct copies of the Terms of Service effective since November 1, 2023 and a records page with the account history for Plaintiff are attached hereto as **Exhibits 1 and 2**, respectively.

10. On December 24, 2023, Plaintiff used a second email address to register for a second Fubo account and agreed to the Terms of Service attached hereto as Exhibit 1. This account was terminated on January 13, 2024. *See* Exhibit 2.

11. On January 1, 2024, Plaintiff used a third email address to register for a third Fubo account and agreed to the Terms of Service attached hereto as Exhibit 1. This account was terminated on January 22, 2024. *See* Exhibit 2.

12. On January 23, 2024, Plaintiff used a fourth email address to register for a fourth Fubo account and agreed to the Terms of Service attached hereto as Exhibit 1. This account is currently active. *See* Exhibit 2.

13. Plaintiff was required to agree to the Terms of Service attached hereto as Exhibit 1 before registering for each of her accounts with Fubo.

14. Fubo maintains records of communications from its customers indicating their intent to opt out of the arbitration and class waiver provisions. As a Senior Director, Customer Care for Fubo, I have access to those records and have reviewed them in connection with this case.

15. Fubo has no record of Plaintiff having submitted an opt-out notice from any arbitration or class waiver provision to which she agreed.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4.00, 2024, in Bogotá, Colombia.

**Bradley Allen**