**Andrew B. Clubok**
Direct Dial: +1.212.906.1272
andrew.clubok@lw.com



# LATHAM&WATKINS LLP

April 8, 2024

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**VIA ECF**

The Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007-1312

*[Handwritten: OK, Conference adjourned to 5/2/2024 @ 10:00 AM]*

Re: *Beasley v. fuboTV, Inc.*, No. 1:24-cv-00711 (CM) (RWL):
**Request for Adjournment of Case Management Conference**

*[Signed: Colleen McMahon 4/9/2024]*

Dear Judge McMahon:

This firm represents Defendant fuboTV, Inc. ("Fubo") in the above-captioned matter. We write on behalf of all parties, with the consent of counsel for Plaintiff, to jointly request an adjournment of the initial pretrial conference scheduled for April 11, 2024 at 10:00 a.m., set via the Court's February 1, 2024 Order. *See* Dkt. 5 ¶ 2. Since the issuance of that Order, Defendant fuboTV, Inc. ("Fubo") has filed a motion to compel individual arbitration. *See* Dkt. 11. Plaintiff's opposition briefing is due on April 22, 2024, and Fubo's reply briefing is due on April 29, 2024. Paragraph 4 of the Court's February 1, 2024 Order provides that if a motion is filed prior to the conference date, then "[u]pon request, the court will adjourn the conference until the motion is fully briefed." *See* Dkt. 5. Pursuant to that paragraph, the parties request adjournment of the initial pretrial conference to a date after the motion to compel individual arbitration is fully briefed.

There have been no previous requests for an adjournment of the initial pretrial conference in this case. If granted, this request will not impact any other scheduled dates in this matter.

Respectfully submitted,

*/s/ Andrew B. Clubok*
Andrew B. Clubok
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)