Andrew B. Clubok
Direct Dial: +1.212.906.1272
andrew.clubok@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

September 4, 2024

**VIA ECF**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

The Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ FILED: 9/9/2024]

[Handwritten note: 9/6/2024 Last stay will grant.] [signature]

Re: *Beasley v. fuboTV, Inc.*, No. 1:24-cv-00711 (CM) (RWL):
**Third Joint Request for Extension of Stay**

Dear Judge McMahon:

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule 7.1(d), and Section V(H) of the Court's Individual Practices and Procedures, Plaintiff Catherine Beasley and Defendant FuboTV, Inc. (jointly, the "Parties") respectfully request an additional extension of the stay in this matter (ECF 22), which expires on September 4, 2024, through and until October 21, 2024. The Parties requested a forty-five-day stay of litigation on April 22, 2024 (ECF 17), which the Court granted on April 23, 2024 (ECF 18). The Parties made their first request for a forty-five (45) day extension of the stay on June 3, 2024 (ECF 19), which the Court granted that same day (ECF 20). The Parties then made their second request for a forty-five day extension of the stay on July 19, 2024 (ECF 21), which the Court granted on July 23, 2024 (ECF 22).

The Parties engaged in a mediation before the Honorable Wayne R. Andersen (ret.) of JAMS on July 29, 2024, and have continued to engage in settlement discussions with the assistance of Judge Andersen. The Parties believe that judicial economy and the interests of the Parties would be served by an extension of the stay of the action because it would allow the Parties to continue to engage in settlement discussions, which, if successful, would reduce the burden on this Court to adjudicate the Parties' dispute. Prior to the expiration of the stay, the Parties will jointly file a status report to inform the Court of their progress and (if a resolution has not been reached) to propose a briefing schedule with the timing of Plaintiff's opposition to Defendant's Motion to Compel Arbitration (ECF 11) and Defendant's reply.

The Court has not yet issued a scheduling order, and if granted, this requested extension of stay through and until October 21, 2024, will not impact any other scheduled dates in this matter.

September 4, 2024
Page 2

LATHAM&WATKINS LLP

                      Respectfully submitted,

                      */s/ Andrew B. Clubok*
                      Andrew B. Clubok
                      of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)