UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Catherine Beasly,

                                 Plaintiff,

    -against-

FuboTV, Inc.,

                               Defendants.

No. 24 Civ. 711 (CM) (RWL)

## ORDER

McMahon, J.:

In October, this case was stayed pending completion of settlement documents. At the time the case ostensibly settled, there was pending on my docket a motion to compel arbitration (see Dkt. #11). No settlement documents have been presented, and that motion now threatens to appear as overdue for decision on the court's open motions list. The motion is denied for failure to prosecute (not on the merits) and without prejudice to renewal in the event settlement documents are not presented to this court for approval by April 30, 2025. Please remove the motion at Docket # 11 from the court's list of open motions.

Dated: March 25, 2025

                                                                      U.S.D.J

BY ECF TO ALL COUNSEL