IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Catherine Beasley, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FuboTV, Inc.,<br><br>Defendant. | Case No. 1:24-cv-00711 (CM) (RWL) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Catherine Beasley, by and through their undersigned counsel of record, hereby dismiss their claims against Defendant FuboTV, Inc., without prejudice.

Dated: New York, New York
       April 29, 2025

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

By: */s/ Adrian Gucovschi*
     Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Fl. 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Counsel for Plaintiff*